UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.                                          Case No.   3:05cr134LAC

**ROBERT SALAZAR-GONZALEZ**
_____/

### JUDGMENT OF ACQUITTAL ON JURY VERDICT

The above entitled cause came on for trial by a jury, and the jury having returned a verdict of not guilty as to Count One, it is thereupon

**ORDERED and ADJUDGED** that the defendant is **not guilty** of Count One as charged in this cause.

**DONE and ORDERED** at Pensacola, Florida, this 8th day of February, 2006.

_Lac Collier_

LACEY A. COLLIER
Senior United States District Judge

OFFICE OF CLERK
U.S. DISTRICT CT
NORTHERN DIST. FLA.

06 FEB -8  PM 12: 30

FILED